IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVIS GUTTU ,

    Petitioner,

v.

CHRISTOPHER BUESGEN,

    Respondent.

ORDER

Case No.  21-cv-600-wmc

    Petitioner Travis Guttu seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than October 15, 2021.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately March 22, 2021 through the date of the petition, September 22, 2021.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Travis Guttu may have until October 15, 2021, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before October 15, 2021, I will assume that petitioner wishes to withdraw this petition.

Entered this 24th day of September, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge